IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE TAVARES MITCHELL,<br><br>Defendant. | No. 16-MJ-105<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Motion for Leave to Dismiss (docket number 12) filed by the Government on April 27, 2016. For the reasons stated in the motion, the Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. The Motion for Leave to Dismiss (docket number 12) filed by the Government is hereby **GRANTED**.

2. The Complaint (docket number 2) filed by the Government on April 13, 2016 is hereby **DISMISSED without prejudice**.

DATED this 27th day of April, 2016.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA